**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 405 MAL 2017
                              :
            Respondent          :
                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court
           v.                  :
                              :
                              :
CHARLES KENNETH STEELE,       :
                              :
           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.